IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF RHODE ISLAND

FILED
JUL 12 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

RICHARD DESILETS
Plaintiff

Vs.

Case No. 04-517-L
(Consolidated)

DESILETS NURSING HOME, INC.
Defendant

---

CLAIRE THIBEAULT
Plaintiff

vs.

Case No. 04-518-L
(Consolidated)

WATERMAN HEIGHTS NURSING HOME, LTD.,
D/B/A WILDFLOWERS HEALTH CARE
BY THE WATER
Defendant

**RECEIVERS' (1) RESPONSE TO UNITED STATES' MOTION TO DISMISS AND (2) MOTION TO WITHDRAW OBJECTION TO ADMINISTRATIVE CLAIMS OF INTERNAL REVENUE SERVICE AND DISMISS PROCEEDINGS**

Allan M. Shine, Esq. and Diane Finkle, Esq., the duly appointed Rhode Island State Court Permanent Receivers of the above-named Defendants (the "Receivers"), move pursuant to Fed.R.Civ.P. 41(a) for an Order 1) authorizing the Receivers to withdraw their Objection to the Administrative Claims of Internal Revenue Service without prejudice and 2) dismissing the within consolidated cases without prejudice. As support for this Motion, the Receivers submit the accompanying Memorandum in Support of Receiver's (1) Response to United States' and (2) Motion to Dismiss and Motion to Withdraw Objection to Claim of Internal Revenue Service and Dismiss Proceedings.

Granted; Ronald R. Lagueux
Sr. USDJ 7/11/05